UNITED STATES OF AMERICA

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL. NO.: 3:23-cr-00137-01 |
|---|---|---|
| | * | |
| VERSUS | * | CHIEF JUDGE DOUGHTY |
| | * | |
| RICHARD DEAN HICKS | * | MAGISTRATE JUDGE MCCLUSKY |

GOVERNMENT'S EXHIBIT LIST

| Trial Exhibit | Description | Date Admitted |
|---|---|---|
| 1 | Skype user return  Ayo Account Portland Ma | 1/7/25 |
| 2 | December 2, 2017 Skype chat Ayo Ret 7595 | 1/7/25 |
| 3 | Face sheet Skype Search Warrant Ret 7595 | 1/7/25 |
| 4 | Chat seized from Hicks computer | |
| 5 | Western Union payment chart | 1/7/25 |
| 6 | Face Sheet Yahoo search warrant | 1/7/25 |
| 7 | Yahoo search warrant return | 1/7/25 |
| 8 | November 27, 2017—Skype chats | 1/7/25 |
| 9 | November 29, 2017 – Skype chats | 1/7/25 |
| 10 | December 5, 2017-Skype chats | 1/7/25 |
| 11 | December 17, 2017 - Skype chats | 1/7/25 |
| 12 | December 28, 2017 – Skype chats | 1/7/25 |
| 13 | January 1, 2018—Skype chat | 1/7/25 |
| 14 | February 8, 2018—Skype chats | 1/7/25 |
| 15 | February 9, 2018—Skype chats | 1/7/25 |
| 16 | February 11, 2018 – Skype chats | 1/7/25 |
| 17 | Face sheet search warrant for residence of Richard Hicks,  2984 Highway 585, Pioneer, Louisiana | 1/7/25 |
| 18 | Black and white notebook from residence (Physical Copy) | 1/7/25 |
| 19 (6 pages) | Black and white notebook on desk | 1/7/25 |
| 20 (2 pages) | Photographs of credit cards redacted | 1/7/25 |
| 21 (10 pages) | Photographs from Search Warrant | 1/7/25 |
| 22 | Photographs sent by Desmiranda to Richard Hicks | 1/7/25 |
| 23 | December 29 skype chat 4:50 | 1/7/25 |
| 25 | HP laptop computer (physical evidence) | 1/7/25 |
| 26 | Credit Cards of Richard Hicks (physical evidence) | 1/7/25 |

| Trial Exhibit | Description | Date Admitted |
|---|---|---|
| 040-001 | Statement of Rights Form | 1/7/25 |
| 055-001 | Partial Audio Clip of Hicks' statement | 1/7/25 |